IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-670 (AJT/JFA) |
| PERFORMANCE AIR CONDITIONING INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter is before the Court on the Proposed Findings of Fact and Recommendations [Doc. 13] of the Magistrate Judge recommending that Plaintiffs' Motion for Default Judgment [Doc. 9] be granted, and that a default judgment be entered in favor of Plaintiffs on Count I of the complaint in the total amount of $2,865.16, consisting of $253.29 for liquidated damages, interest in the amount of $160.58, costs of $566.29, and attorney's fees of $1,885.00. The Magistrate Judge advised the parties that objections to the Proposed Findings of Fact and Recommendations must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Proposed Findings of Fact and Recommendations [Doc. 13] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiffs' Motion for Default Judgment [Doc. 9] be, and the same hereby is, GRANTED; and it is further

ORDERED that JUDGMENT be entered in favor of Plaintiffs and against Defendant in the amount of $2,865.16, consisting of $253.29 for liquidated damages, interest in the amount of $160.58, costs of $566.29, and attorney's fees of $1,885.00.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 13, 2018